**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

TIFFANY MARKLEY,

        Plaintiff,

vs.

GLEESON & ASSOCIATES, LLC,

        Defendant.

2:19-cv-02025-GMN-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time to file her Motion for Final Default Judgment (ECF NO. 11).

Plaintiff has given sufficient reason to extend the time to file the motion for default judgment.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to file her Motion for Final Default Judgment (ECF NO. 11) is GRANTED.

IT IS FURTHER ORDERED that the time to file the Motion for Default Judgment is extended to July 1, 2021.  No request for further extensions will be granted.

DATED this 27th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE