**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Tiffany Markley, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Gleeson & Associates, LLC ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:19-cv-02025-GMN-VCF <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation, (ECF No. 15), of United States Magistrate Judge Cam Ferenbach, which states that Plaintiff Tiffany Markley's ("Plaintiff's") Motion for Default Judgment, (ECF No. 14), should be granted and that Defendant Gleeson & Associates, LLC should pay Plaintiff damages in the amount of $16,000.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (See Min. Order, ECF No. 15) (setting a November 23, 2021, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 15), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 14), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff be awarded **DAMAGES** as follows: Defendant Gleeson & Associates, LLC shall pay $16,000 to Plaintiff.

The Clerk is instructed to enter judgment accordingly.

Dated this __8__ day of December, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court